**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 0:24-cv-61390-LEIBOWITZ**

**HOWARD MICHAEL CAPLAN,**

*Plaintiff*,

*v.*

**DIXIE TRAILER SUPPLY, LLC, et al.,**

*Defendants.*
_______________________________________/

**ORDER**

The parties filed a Joint Stipulation of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). [ECF No. 26]. Being fully advised, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED** ***with prejudice***. Each party shall bear its own attorney's fees and costs except as otherwise agreed in writing. The Clerk of Court is directed to **CLOSE** this case. All pending deadlines are **TERMINATED**, and any pending motions are **DENIED** as moot. The status conference scheduled for November 20, 2024, is **CANCELLED**.

**DONE AND ORDERED** in the Southern District of Florida on November 19, 2024.

DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record